FILED

09/03/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 21-0332

IN THE SUPREME COURT OF THE STATE OF MONTANA
Supreme Court Cause No. DA 21-0332

| | |
|---|---|
| IN RE THE MARRIAGE OF<br><br>JENNIFER S. CONROY,<br><br>    Petitioner and Appellant,<br><br>v.<br><br>MICHAEL SCOTT CONROY,<br><br>    Respondent And Appellee. | **ORDER** |

Upon unopposed motion of Appellant, and good cause appearing,

IT IS HEREBY ORDERED THAT DeAnn Cooney is appointed as mediator

in this case pursuant to M.R.App.P. 7(5).

DATED this ____day of September, 2021

By _____
SUPREME COURT JUSTICE

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
September 3 2021